1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   BRUCE D. CELEBREZZE  Bar No. 102181
2  DENNIS G. ROLSTAD  Bar No. 150006
   One Market Plaza
3  Steuart Tower, 8th Floor
   San Francisco, California 94105
4  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
5  dennis.rolstad@sdma.com

6  Attorneys for Defendant
   GROUP SHORT TERM DISABILITY AND LONG
7  TERM DISABILITY PLAN FOR EMPLOYEES OF
   AKAMAI TECHNOLOGIES, INC.
8

9                UNITED STATES DISTRICT COURT

10          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

11

12 | CHARLES NEERDAELS,                         | CASE NO. C04 00721 JF
13 |     Plaintiff,                             | [~~PROPOSED~~] ORDER GRANTING
                                                | DEFENDANT'S MOTION FOR LEAVE TO
14 |     v.                                     | FILE MOTION FOR
                                                | RECONSIDERATION OF THE COURT'S
15 | GROUP SHORT TERM DISABILITY                 | ORDER ON STANDARD OF REVIEW
   | AND LONG TERM DISABILITY PLAN
16 | FOR EMPLOYEES OF AKAMAI
   | TECHNOLOGIES, INC.,
17 |
   |     Defendant.
18

19

20

21

22         Defendant Group Short Term Disability And Long Term Disability Plan For Employees

23 Of Akamai Technologies, Inc.'s ("the Plan") has moved for leave to file a motion for

24 reconsideration of the Court's November 10, 2004 Order Granting Plaintiff's Motion for Partial

25 Summary Judgment to Determine the Standard of Review, based on recent Ninth Circuit legal

26 authority, <u>Abatie v. Alta Health & Life Ins. Co.</u>, 421 F.3d 1053 (9th Cir. August 31, 2005).

27 After full consideration of the Plan's request, including the memorandum of points and

28 authorities in support of the motion for reconsideration attached to the Plan's request for leave to

1  file, this Court GRANTS defendant's request to file a motion for reconsideration of the Court's

2  November 10, 2004 Order Granting Plaintiff's Motion for Partial Summary Judgment to

3  Determine the Standard of Review.

4      IT IS SO ORDERED.

5  DATED: 12/12/05              s/electronic-signature-authorized
                                                   HONORABLE JEREMY FOGEL

6                                                     UNITED STATES DISTRICT COURT

7                                                     NORTHERN DISTRICT OF CALIFORNIA

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28