| | |
|---|---|
| 1 | THORNTON DAVIDSON & ASSOCIATES |
| | THORNTON DAVIDSON  Bar No. 166487 |
| 2 | 2055 San Joaquin Street |
| | Fresno, California  93721-2717 |
| 3 | Telephone:  (559) 256-9800 |
| | Facsimile:   (559) 256-9799 |
| 4 | |
| | Attorneys for Plaintiff |
| 5 | CHARLES NEERDAELS |
| 6 | |
| | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
| 7 | BRUCE D. CELEBREZZE  Bar No. 102181 |
| | DENNIS G. ROLSTAD  Bar No. 150006 |
| 8 | One Market Plaza |
| | Steuart Tower, 8th Floor |
| 9 | San Francisco, California 94105 |
| | Telephone: (415) 781-7900 |
| 10 | Facsimile: (415) 781-2635 |
| | dennis.rolstad@sdma.com |
| 11 | |
| | Attorneys for Defendant |
| 12 | GROUP SHORT TERM DISABILITY AND LONG |
| | TERM DISABILITY PLAN FOR EMPLOYEES OF |
| 13 | AKAMAI TECHNOLOGIES, INC. |

\*\*E-filed 1/3/06\*\*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | | |
|---|---|---|
| 18 | CHARLES NEERDAELS, | CASE NO. C04 00721 JF |
| 19 | Plaintiff, | **STIPULATION AND [~~PROPOSED~~]** |
| | | **ORDER CONTINUING HEARING DATE** |
| 20 | v. | **FOR PARTIES' CROSS-MOTIONS FOR** |
| | | **SUMMARY JUDGMENT TO** |
| 21 | GROUP SHORT TERM DISABILITY | **FEBRUARY 17, 2006** |
| | AND LONG TERM DISABILITY LAN | |
| 22 | FOR EMPLOYEES OF AKAMAI | |
| | TECHNOLOGIES, INC., | |
| 23 | | |
| | Defendant. | |

26  Plaintiff Charles Neerdaels ("Neerdaels") and defendant Group Short Term Disability and

27  Long Term Disability Plan For Employees Of Akamai Technologies, Inc. ("the Plan"), by and

28  through their attorneys of record, hereby stipulate and respectfully request that the hearing on the

1  parties' cross-motions for summary judgment under *de novo* review currently set for January 6,
2  2006 before the Honorable Jeremy Fogel, be continued to February 17, 2006 to coincide with the
3  Plan's Motion for Reconsideration to be heard on the same day.
4      Good cause exists for the parties' request to reschedule the summary judgment hearing.
5  On December 19, 2005, this Court granted the Plan's Motion for Leave to File a Motion for
6  Reconsideration of the Court's Order on the Standard of Review.  February 17, 2006 is the
7  earliest available hearing date to notice the Plan's Motion for Reconsideration, which the Plan
8  has calendared with the Court.  The parties' cross-motions for summary judgment may be
9  affected by the Court's order on the Motion for Reconsideration.  Therefore, for judicial
10 economy and efficiency, the parties request that the motions be heard on the same day.  Briefing
11 on the cross-motions will be completed as previously scheduled.
12     IT IS SO STIPULATED.
13 DATED:  December 20, 2005    THORNTON DAVIDSON & ASSOCIATES
14
15     By:/s/Thornton Davidson
    THORNTON DAVIDSON
16     Attorneys for Plaintiff
    CHARLES NEERDAELS
17
    DATED:  December 21, 2005    SEDGWICK, DETERT, MORAN & ARNOLD LLP
18
19
    By:/s/Dennis G. Rolstad
20     DENNIS G. ROLSTAD
    Attorneys for Defendant
21     GROUP SHORT TERM DISABILITY AND LONG
22     TERM DISABILITY PLAN FOR EMPLOYEES OF
    AKAMAI TECHNOLOGIES, INC.
23
24     <u>ORDER</u>
25     Pursuant to the stipulation set forth above, and good cause appearing, IT IS HEREBY
26 ORDERED that the hearing on the parties' cross-motions for summary judgment will be
27 continued to February 17, 2006.
28 DATED:  12/28/05    /s/electronic signature authorized
    UNITED STATES DISTRICT COURT JUDGE