1

2                                                           **E-Filed 2/28/06**

3

4

5

6

7

8                              NOT FOR CITATION

9               **IN THE UNITED STATES DISTRICT COURT**

10            **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

11                              **SAN JOSE DIVISION**

12

13   CHARLES NEERDAELS,                    Case Number C 04-00721 JF

14            Plaintiff,                   JUDGMENT

15        v.

16   GROUP SHORT TERM DISABILITY AND
     LONG TERM DISABILITY PLAN FOR
17   EMPLOYEES OF AKAMAI TECHNOLOGIES,
     INC.,

18            Defendant.

19

20        Good cause therefore appearing, IT IS HEREBY ORDERED that judgment be entered in

21   accordance with the Order of this Court dated February 27, 2006, granting the motion for

22   summary judgment filed by Defendant Group Short Term Disability and Long Term Disability

23   Plan for Employees of Akamai Technologies, Inc.  The Clerk of the Court shall close the file.

24

25   DATED:  February 28, 2006

26

27                                         _____
                                           JEREMY FOGEL
28                                         United States District Judge

Case No. C 04-00721 JF
JUDGMENT
(JFLC1)

1    This Order has been served upon the following persons:

2    Thornton Davidson          rosatilaw@aol.com, jjills2@hotmail.com, jll_flks@yahoo.com

3    Michelle Yumi McIsaac       michelle.mcisaac@sdma.com, dennis.rolstad@sdma.com

4    Dennis G. Rolstad          dennis.rolstad@sdma.com

5    Robert J. Rosati           rosatilaw@aol.com, jjills2@hotmail.com, jll_flks@yahoo.com

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

Case No. C 04-00721 JF
JUDGMENT
(JFLC1)